# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### No. 7:22-CR-99

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOSEPH MATTHEWS HILL II, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motion to reduce sentence [D.E. 259] no later than May 15, 2026.

SO ORDERED. This _31_ day of March, 2026.

JAMES C. DEVER III
United States District Judge