IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-99-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOSEPH MATTHEWS HILL II, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES WITHOUT PREJUDICE defendant's motion to reduce sentence [D.E. 259]. Defendant seeks prior custody credit and must file a motion under 28 U.S.C. § 2241. See, e.g., Reno v. Koray, 515 U.S. 50, 53-65 (1995); Romandine v. United States, 206 F.3d 731, 736 (7th Cir. 2000)(collecting cases); [D.E. 286].

SO ORDERED. This 20 day of April, 2026.

JAMES C. DEVER III
United States District Judge